**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| TOMMY STEELE, DANNY STEELE, JOSE PONCE, PABLO PONCE, MANUEL PONCE, GARLAND TOSH, HUMBERTO RODRIGUEZ, FRANCISCO DIAZ, AND ERICK GONZALEZ<br>    *PLAINTIFFS* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| | § | CIVIL ACTION NO. 6:24-CV-505-JCB |
| VS. | §<br>§<br>§<br>§ | |
| DREBCO DIRECTIONAL, LLC, DREBEN GEARNER, III, AND KARA GEARNER<br>    *DEFENDANTS* | §<br>§<br>§<br>§ | JURY DEMANDED |

---

**PLAINTIFFS' NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

---

Plaintiffs file this Notice of Readiness for Scheduling Conference and would respectfully show the Court as follows:

1. Pursuant to the Standing Order of the Court, Plaintiffs notify the Court that Defendants have answered and the case is ready for the scheduling conference.

Respectfully submitted,

*/s/ Eric Kolder*

ERIC KOLDER
State Bar No. 24083323
eric@kolderfirm.com
MARY KOLDER

---

**PLAINTIFFS' NOTICE OF READINESS**                                      **PAGE 1 OF 2**

State Bar No. 24083324
mary@kolderfirm.com
**KOLDER LAW FIRM, PLLC**
102 N. College Ave., Suite 402
Tyler, Texas 75702
(903) 350-4227
*ATTORNEYS FOR PLAINTIFFS*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service January 27, 2025. Local Rule CV-5(a)(3)(A).

/s/ *Eric Kolder*
ERIC KOLDER