UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00505

———

**Tommy Steele et al.,**
*Plaintiffs,*

v.

**Drebco Directional, LLC, et al.,**
*Defendants.*

———

# ORDER

Plaintiffs brought this suit alleging violations of the Fair Labor Standards Act and breach of contract. Doc. 1, 16. The court referred the case to a magistrate judge, Doc. 12, and defendants moved for partial summary judgment. Doc. 34. The magistrate judge issued a report recommending that the court deny defendants' motion. Doc. 37 at 31. No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendants' motion for partial summary judgment (Doc. 34) is denied.

*So ordered by the court on April 6, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -